ACCEPTED
03-14-00044-CR
6940699
THIRD COURT OF APPEALS
AUSTIN, TEXAS
9/15/2015 5:00:45 PM
JEFFREY D. KYLE
CLERK

# Linda Icenhauer-Ramirez

1103 Nueces, Austin, Texas 78701

Phone:   512-477-7991   Fax:   512-477-3580

E-Mail: ljir@aol.com

**Attorney and Counselor at Law**

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
9/15/2015 5:00:45 PM
JEFFREY D. KYLE
Clerk

September 15, 2015

Mr. Jeffrey Kyle, Clerk
Third Court of Appeals of Texas
P.O. Box 12547
Austin, Texas 78711

Re:  State of Texas v.  John Fredrick Zedler
     Appeal of Cause No.  CR-12-0771, 22nd District Court of Hays County, Texas
     Third Court of Appeals Cause No:  03-14-00044-CR

Dear Mr. Kyle:

     In accordance with Tex.R.App.Proc. 48.4, please be advised that I have sent Mr. Zedler a copy of the opinion in his case as well as a letter informing him of his right to file a petition for discretionary review.   I am attaching a copy of the return receipt for this mailing.   If you have any questions, please contact me.
.

                                   Sincerely,

                                   /s/ Linda Icenhauer-Ramirez
                                   Linda Icenhauer-Ramirez

Enclosure

cc:    Mr. Christopher Johnson, Asst. District Attorney
       Hays County District Attorney's Office
       712 South Stagecoach Trail, Suite 2057
       San Marcos, Texas 78666

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired. | A. Signature<br>X *Mart* | ☐ Agent<br>☐ Addressee |
| | B. Received by ( *Printed Name* ) | C. Date of Delivery |

1. Article Addressed to:

John Zedler #01902409
Polunsky Unit
3872 Fm 350 South
Livingston, Texas
77351

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*) ☐ Yes

2. Article Number
(*Transfer from service label*)

7012 1640 0002 1049 0809

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540